IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR359 |
| | ) | |
| v. | ) | |
| | ) | |
| EDNA M. HEFT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to extend self-surrender date (Filing No. 59). The Court notes no facility has been designated. Accordingly,

IT IS ORDERED that defendant's motion is granted; she shall self-surrender to the United States Marshal for the District of Nebraska on October 18, 2010, on or before 2 p.m.

DATED this 16th day of August, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court